## ATTACHMENT A

In order to achieve full compliance with the requirements of HAVA Sections 301 and 303(a), the State of Maine, acting by and through the Department of the Secretary of State (hereafter "the State"), agrees to undertake the following steps and to submit the following reports, plans, and schedules to the United States Department of Justice ("USDOJ"), pursuant to the terms of the Consent Decree, dated July 28, 2006 and entered in Civil Action No. 06-86-B-W.  The USDOJ recognizes the complexity and difficulty of dealing with and relying upon 503 separate and independent local jurisdictions and various private vendors to accomplish all of these steps, and recognizes that problems may arise that are due to no fault of the State.

## CENTRAL VOTER REGISTRATION SYSTEM

1.  The State will start regression testing of the ElectioNet software application by July 28, 2006, provided that its vendor, PCC Technology Group, has completed final correction of all application anomalies and release of the production-ready application in accordance with the terms of its contract with the State by July 26, 2006.

    The State will notify USDOJ when regression testing starts.

    Within 5 business days of completion, the State will submit to the USDOJ a certificate of completion of the testing indicating whether the application is ready for roll-out or whether there are any remaining anomalies that would prevent placing the system into production, and, if so, a schedule for correction of those anomalies by PCC.

2.   Local jurisdictions will begin converting the voter registration data in their existing electronic or paper systems into the CVR by mid-July and will complete that process by October 18, 2006, according to a roll-out schedule to be finalized by August 14, 2006.

    By August 14, 2006, the State will submit to the USDOJ a roll-out schedule showing, for each group of municipalities, the method or type of data conversion to be employed, the time frame to complete data conversion, and the date each group is scheduled to go live with the CVR.

3.  The training manual for election officials for use of the CVR and ElectioNet software will be revised to reflect the correction of all application anomalies that PCC is currently fixing, pursuant to its contract with the State, by August 14, 2006.

    By August 14, 2006, the State will submit to the USDOJ a copy of the final CVR Users Guide for election officials.

4.       Training for local registrars and election officials in the use of the CVR will be conducted in small groups, in person and in regional computer labs, according to a schedule to be developed by August 14, 2006.

>   By August 14, 2006, the State will submit to the USDOJ a description and schedule for on-site training of groups of local registrars and election officials.

>   In addition, the State will report completion of all training within 5 days of the last training session.

5.       A production pilot with a select group of approximately 15 cities and towns, representing different types of legacy electronic voter registration systems and paper based systems, will be conducted beginning no later than September 1, 2006, provided that the regression testing and conversion steps described in paragraphs 1 and 2 above have been successfully completed. The pilot will involve testing the entire CVR system with real voter registration data in a production-ready environment.

>   The State will notify USDOJ when the production pilot begins.

>   Within 5 business days of completion, the State will submit to the USDOJ a certificate of completion of the pilot indicating whether the central server, local site equipment, and software are functioning properly and, if not, a plan and schedule for corrective action.

6.       A HAVA-compliant CVR will be fully implemented in time for the November 7, 2006, general election. To this end, a fully HAVA-compliant CVR software application will be completed by September 18, 2006, and all cities and towns will go live on the HAVA-compliant CVR system according to a roll-out schedule, to be completed by October 18, 2006.

>   Within 5 business days of full implementation of the CVR, the State will submit to the USDOJ a certificate of full implementation indicating whether the central server, local site equipment, and software are functioning properly and, if not, a plan and schedule for corrective action.

## ACCESSIBLE VOTING EQUIPMENT

7.       The State will execute a contract with its selected vendor of accessible voting equipment, IVS LLC,  no later than August 14, 2006.

>   Within 3 days of signing a contract with IVS, the State will submit to the USDOJ a copy of the final approved contract with IVS.

8.    Training in the use of accessible voting equipment for local election officials will be conducted beginning on September 18, 2006, according to a schedule to be developed by September 8, 2006.  These training sessions also will include review of the State's Uniform Guidelines defining what constitutes a vote.

> By September 8, 2006, the State will submit to the USDOJ a schedule for training all local election officials in the use of the IVS.

9.    The State will purchase telephones and fax machines for all local jurisdictions (one per polling place) and deploy them by October 18, 2006.  Deployment will include installation of any wiring necessary for use of the equipment.

> By September 8, 2006, the State will submit to the USDOJ a plan for the purchase, deployment, and installation of all equipment required for IVS.

10.   The State will coordinate with IVS to perform a pilot no later than September 30, 2006, with a select group of municipalities to confirm the usability and capacity of the accessible voting system.  Following completion of this pilot program, the State and IVS will undertake statewide testing of the usability of a fully deployed accessible voting system.

> Within 5 business days of completion of the pilot, the State will submit to the USDOJ a certificate of completion of the pilot, with a description and time frames for any corrective actions that may be necessary.

11.   The State will design and implement a voter outreach and education program to inform voters with disabilities regarding the availability and use of this accessible voting equipment. This program will include use of the IVS Preview and Practice system that allows voters to practice accessing the system from their home telephones using a sample ballot.

> By September 8, 2006, the State will submit to the USDOJ a plan for the outreach and education program for voters with disabilities to be implemented prior to the November 2006 general election.

12.   A HAVA-compliant, accessible voting system will be fully implemented in time for the November 7, 2006 general election. To this end, site equipment will be distributed to all local jurisdictions for use at each of their polling places, and installation, programming and testing of the central server will be completed by October 18, 2006.

> Within 5 business days of completion of full implementation, the State will submit to the USDOJ a certificate of completion of the full implementation, with a description and time frames for any corrective actions that may be necessary.