UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>) <br>v. )<br>)<br>STATE OF MAINE, and MATTHEW )<br>DUNLAP, Secretary of State, in his official )<br>capacity, )<br>)<br>      Defendants. ) | CIVIL ACTION NO. 06-86-B-W |

## AMENDED DECREE

On August 1, 2006, the Court approved a consent decree and issued an Order incorporating agreed upon terms, reflected in part in Attachment A. *Consent Decree, Judgment and Order*, Attachment A (Docket # 2). On October 26, 2006, the parties jointly moved the Court to amend its August 1, 2006 judgment to modify the terms of the consent decree as set forth in newly-filed Attachment A-1. *Joint Mot. to Amend Consent Decree* (Docket # 3). The Court GRANTS the parties' joint motion to amend the consent decree and hereby modifies its Order dated August 1, 2006 to incorporate the provisions of Attachment A-1.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2006