IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
BANGOR DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06-86-B-W |
| ) | |
| STATE OF MAINE, and MATTHEW ) | |
| DUNLAP, Secretary of State, in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION REQUESTING ENTRY OF PROPOSED SUPPLEMENTAL CONSENT DECREE, JUDGMENT, AND ORDER

The United States and the State of Maine and Secretary of State Matthew Dunlap hereby jointly request the Court to approve a supplemental Consent Decree substituting for the terms of the original Consent Decree agreed to by the parties on July 28, 2006, and approved and entered by this Court on August 1, 2006, and the Amended Consent Decree agreed to by the parties on October 23, 2006, and approved and entered by this Court on October 26, 2006. The requested supplemental Consent Decree adjusts the schedule for full implementation of the central voter registration system ("CVR"), as originally set out in Attachments A and A-1, which were entered by this Court on August 1, 2006 and October 26, 2006, respectively.

In the view of both parties, the supplemental Consent Decree being requested will aid in ensuring the complete implementation of the CVR, which will assist the State in complying with the database requirements of Section 303(a) of the Help America Vote

Act of 2002, 42 U.S.C. § 15483(a), and with the list maintenance requirements of Section 8 of the National Voter Registration Act, 42 U.S.C. § 1973gg-6.

Dated: March 22, 2007                  Respectfully submitted,

                                            /s/ Paula Silsby
                                       PAULA SILSBY
                                       United States Attorney

                                            /s/ Robert Popper
                                       ROBERT POPPER
                                       Special Litigation Counsel
                                       SEAN W. O'DONNELL
                                       HILLARY E. MAKI
                                       Trial Attorneys
                                       United States Department of Justice
                                       Civil Rights Division, Voting Section
                                       950 Pennsylvania Avenue, N.W.
                                       Room 7254-NWB
                                       Washington, D.C.  20530

                                       Attorneys for the United States of America

                                            /s/ Phyllis Gardiner
                                       PHYLLIS GARDINER
                                       Assistant Attorney General
                                       6 State House Station
                                       Augusta, Maine  04333-0006

                                       Counsel for Defendants